**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 26-mj-00270-WBG** |
| | ) | |
| **JACOB A. MORLEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

Upon the above-named Defendant appearing for a hearing and having requested counsel, it is

ORDERED Laine Cardarella, Federal Public Defender, and her Assistants, 1000 Walnut, Ste. 600 Kansas City, MO 64106, telephone number (816) 471-8282, are hereby appointed to represent the Defendant, before the Court and in all proceedings thereafter unless and until relieved by order of the United States District Court for the Western District of Missouri.

DATE: November 4, 2026

*/s/ W. Brian Gaddy*
W. BRIAN GADDY
UNITED STATES MAGISTRATE JUDGE